UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-61211-CIV-DIMITROULEAS/SNOW

ANTHONY STONE, et al.,

    Plaintiff,

v.

CITY OF FORT LAUDERDALE,
FLORIDA,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, ANTHONY STONE, JAMIRA HAWTHORNE, GUERLINE SALOMON, ERIC TOWNSEND, JOHNATHAN LAMBERT, KEVIN RICE, SABRINA HOLMES, MANFRED ZAPERNICK, NANCY HOWELLS-GRANT, and RAYMOND SMITH ("PLAINTIFFS"), and Defendant, CITY OF FORT LAUDERDALE ("CITY"), by and through their undersigned counsel, and pursuant to S.D. Fla. L.R. 16.4, hereby provide notice that on June 19, 2018, PLAINTIFFS and CITY reached a full and complete settlement. Pursuant to the Court's Omnibus Order Granting Withdrawal [DE 22], the claims asserted by *pro se* Plaintiffs MICHELLE KONDERS, NICK PHILISTINE, DEMOND MINER, JENNIFER DODGE, and LISA ROBINSON remain pending and are not part of the foregoing settlement.[1]

---

[1] Contemporaneous to this Notice, CITY will be filing its Motion to Dismiss for Lack of Prosecution with regards to these *pro se* Plaintiffs.

Dated: June 22, 2018

Respectfully submitted,

By:      /s/Alain E. Boileau
    ALAIN E. BOILEAU (0148598)
    aboileau@fortlauderdale.gov
    ALAIN E. BOILEAU,
    INTERM CITY ATTORNEY
    CITY OF FORT LAUDERDALE
    100 North Andrews Avenue
    Fort Lauderdale, FL 33301
    Telephone: (954) 828-5025
    Facsimile: (954) 828-5915
    Counsel for City of Fort Lauderdale

   /s/Jacqueline Nicole Azis
JACQUELINE N. AZIS (00101057)
jazis@aclufl.com
ACLU Foundation of Florida
4343 W. Flagler Street
Suite 400
Miami, Florida 33134
Telephone:     (786) 363-270
Counsel for Plaintiffs

   /s/Kirsten Anderson
KIRSTEN ANDERSON (0017179)
kirsten.anderson@southernlegal.org
Southern Legal Counsel, Inc.
1229 NW 12th Avenue
Gainesville, Florida 32601
Telephone:     (352) 271-8890
Facsimile:     (352) 271-8347
Counsel for Plaintiffs