UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CV-61211-WPD

**ANTHONY STONE, et.al**

**Plaintiff,**

 vs

**CITY OF FORT LAUDERDALE**

**Defendants**

_____/

**REPORT OF MEDIATOR**

GEORGE F. KNOX, ESQUIRE, THE UNDERSIGNED Certified Mediator reports to the Court as follows:

- A. A Mediation Conference was held on May 3, 2018
- B. The Parties **SETTLED THE MATTER.**
- C. All Required Parties were present.

    Respectfully submitted,

    George F. Knox

    Certified Mediator

Copies provided to Counsel