UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:17-cv-61211-WPD

ANTHONY STONE, et al.,
    Plaintiffs,

vs.

CITY OF FORT LAUDERDALE,
    Defendant.
_____/

**STIPULATED VOLUNTARY DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), all Parties stipulate to the voluntary dismissal with prejudice of this lawsuit. The Parties have reached a written settlement. All plaintiffs have authorized counsel to sign this stipulation of dismissal.

Dated: July 17, 2018

Respectfully submitted,

*/s/ Jacqueline Nicole Azis*
Jacqueline Nicole Azis, Fla. Bar No. 101057
jazis@aclufl.org
Nancy Abudu, Fla. Bar No. 111881
nabudu@aclufl.org
ACLU FOUNDATION OF FLORIDA
4343 W Flagler Street Suite 400
Miami, Florida 33134
786-363-2700
Kirsten Anderson, Fla. Bar No. 17179
Kirsten.anderson@southernlegal.org

Jodi Siegel, Fla. Bar. No. 511617
Jodi.siegel@southernlegal.org
SOUTHERN LEGAL COUNSEL
1229 NW 12th Ave.
Gainesville, FL 32601
352-271-8890

Counsel for Plaintiffs


/s/  Alain E. Boileau
ALAIN E. BOILEAU (0148598)
aboileau@fortlauderdale.gov
ALAIN E. BOILEAU,
INTERIM CITY ATTORNEY
CITY OF FORT LAUDERDALE
100 North Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 828-5041
Facsimile: (954) 828-5915

Counsel for City of Fort Lauderdale


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic notice generated through the CM/ECF service or in some other authorized manner on parties who are not authorized to receive electronic service on July 17, 2018, on all counsel or parties of record.

/s/   Jacqueline Azis
ATTORNEY FOR PLAINTIFFS