**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 0:17-cv-61211-WPD**

ANTHONY STONE, et al.,
    Plaintiffs,

vs.

CITY OF FORT LAUDERDALE,
    Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the Court upon the Stipulated Voluntary Dismissal [DE 41], filed on July 17, 2018. Upon review of the Voluntary Dismissal and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 18th day of July, 2018.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record